**DENY; and Opinion Filed August 20, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00815-CV

### IN RE QUINCY BLAKELY, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX1890017**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Lang-Miers

In this original proceeding, relator seeks a writ directing the trial court to sign and file a written order disposing of relator's application for pretrial writ of habeas corpus and a certification of relator's right to appeal. We requested a response to relator's petition for writ of mandamus. In its response, the State informed the Court that the trial court signed a written order on August 3, 2018 denying relator's application for pretrial writ of habeas corpus, and that a certification of right to appeal is pending relator's signature. Relator has appealed the August 3, 2018 order, and this Court has ordered the trial court to prepare a certification of right to appeal and to file the certification with the clerk's record in that appeal. *See* 05-18-00909-CR. Relator has received the

relief requested in this original proceeding. Accordingly, we deny as moot relator's petition for writ of mandamus.

/s/ Elizabeth Lang-Miers
ELIZABETH LANG-MIERS
JUSTICE

180815F.P05